AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

1147268

| United States of America | ) |
|---|---|
| v. | ) |
| Paul Ewald Lovley | ) Case: 1:22–mj–00203 |
| | ) Assigned To : Judge Harvey, G. Michael |
| | ) Assign. Date : 9/12/2022 |
| | ) Description: Complaint w/ Arrest Warrant |
| | ) |

*Defendant*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Paul Ewald Lovley   ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building.

Date:   09/12/2022

G. Michael Harvey
Digitally signed by G. Michael Harvey
Date: 2022.09.12 16:40:54 -04'00'

*Issuing officer's signature*

City and state:   Washington, D.C.   G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 09.13.22, and the person was arrested on *(date)* 09.19.22
at *(city and state)* WASHINGTON DC.

Date: 09.13.22

*Arresting officer's signature*
Macilin

*Printed name and title*