AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| UNITED STATES OF AMERICA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:22-mj-00203-GMH |
| PAUL EWALD LOVLEY | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Paul Ewald Lovley                              .

Date: 09/21/2022

*Attorney's signature*

David Benowitz Bar Number 451557
*Printed name and bar number*

409 Seventh Street NW
Suite 200
Washington DC 20004
*Address*

david@pricebenowitz.com
*E-mail address*

(202) 271-5249
*Telephone number*

(202) 664-1331
*FAX number*