AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:22-mj-00203-GMH |
| PAUL EWALD LOVLEY | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Paul Ewald Lovley                                                                                       .

Date:     09/21/2022

*Attorney's signature*

Matthew Wilson Bar Number 155875
*Printed name and bar number*

409 Seventh Street NW
Suite 200
Washington DC 20004
*Address*

mwilson@pricebenowitz.com
*E-mail address*

(202) 997-0898
*Telephone number*

(202) 664-1331
*FAX number*