IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | MAGISTRATE NO. 22-MJ-203 |
| | : | |
| | : | |
| **PAUL EDWALD LOVLEY**, | : | VIOLATION: |
| | : | 40 U.S.C. § 5104(e)(2)(G) |
| Defendant. | : | (Parading, Demonstrating, or Picketing in |
| | : | a Capitol Building) |

# I N F O R M A T I O N

The United States Attorney charges that at all relevant times:

## COUNT ONE

On or about January 6, 2021, within the District of Columbia, **PAUL EDWALD LOVLEY** willfully and knowingly paraded, demonstrated, and picketed in any United States Capitol Building.

(**Parading, Demonstrating, or Picketing in a Capitol Building**, in violation of Title 40, United States Code, Section 5104(e)(2)(G))

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By: _____
JOSEPH H. HUYNH
D.C. Bar No. 495403
Assistant United States Attorney (Detailed)
405 East 8th Avenue, Suite 2400
Eugene, Oregon 97401-2708
Telephone: (541) 465-6771
Joseph.Huynh@usdoj.gov