UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Criminal No. 1:23-cr-19-CKK-2 |
| PAUL LOVLEY ) | |
| ) | |
| **Defendant** ) | |

## NOTICE OF FILING

Defendant Paul Lovley, by and through undersigned counsel, respectfully requests that the Court file, as part of the record in this case, the attached executed Waiver of Rights Under the Speedy Trial Act.

Respectfully submitted,

_____/s/_____
David Benowitz
DC Bar # 451557
*Counsel for Paul Lovley*
Price Benowitz LLP
409 7th Street, NW
Suite 200
Washington, DC 20001
(202) 271-5249
david@pricebenowitz.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 31st day of January, 2023, a true copy of the foregoing Defendant's Notice of Filing was served via the CM/ECF system upon all relevant parties.

_____/s/_____
David Benowitz

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Criminal No. 1:23-cr-19-CKK-2 |
| PAUL LOVLEY ) | |
| ) | |
| Defendant ) | |

## DECLARATION OF PAUL LOVLEY

I, Paul lovely, hereby state to the Court that I have been advised of my rights under the Speedy Trial Act, 18 U.S.C. 3161, *et. seq.* I have also been advised that my case is scheduled for an arraignment and change of plea hearing on February 2, 2023.

I hereby consent and agree to the waiver of any rights I may have under the Speedy Trial Act for the time period from January 17, 2023, until February 2, 2023.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on January 30, 2023.

_____
Paul Lovley

1