UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Criminal No. 1:23-cr-19-CKK-2 |
| PAUL LOVLEY ) | |
| ) | |
| Defendant ) | |

## ORDER

Upon consideration of the defendant's Declaration, the Court herby finds that the ends of justice will be served by excluding time under the Speedy Trial Act, and that those ends of justice outweigh the Defendant's interests and the interest of the public in a speedy trial, it is hereby,

**ORDERED**, that Mr. Lovely, having been advised of his rights under the Speedy Trial Act and having agreed to waive those rights for the time period between January 17, 2023, and February 2, 2023, the speedy trial clock shall be tolled for that time period.

**DATE**

**COLLEN KOLLAR-KOTELLY**
**United States District Judge**