CO-526
(12/86)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.   CRIMINAL CASE NO. 23-019 (CKK)

PAUL EDWALD LOVLEY

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for defendant

I consent:

_____
Assistant United States Attorney

Approved:

_____     Date: 2/2/2023
, U.S. District Court Judge