# EXHIBIT A

The Honorable Colleen Kollar-Kotelly
United States District Judge
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, D.C., 20001

Dear Judge Kollar-Kotelly,

    It is immensely disappointing that what should have been a peaceful demonstration on behalf of election integrity turned into a violent riot, and I sincerely regret my participation in it. While I was not personally violent or destructive whatsoever, I understand that my presence in and around the Capitol was not helping de-escalate a rapidly intensifying situation, and I want nothing more than to be able to turn back time and walk away instead of staying where I did–not just for my own sake, but for the sake of everyone that was injured, the taxpayers whose dollars have fronted the cost of the damage to the building, the worried families of those that were unjustifiably assaulted, and the representatives, staff members, and news crews that were understandably afraid of what some of the others in the building might do if they got their hands on them.

    As much as I'd like to push this experience to the back of my mind and forget that it ever happened, I am well aware that my attempts will be ultimately futile and that this situation and the circumstances surrounding it will continue to serve as a ceaseless, painful reminder of this brief chapter in my early adulthood that greatly impacted the trajectory of my life. This entire situation has served as a wake-up call—something that forced me to truly reflect on what is important in life, what types of things to avoid engaging with going forward, and the dangers of cognitive dissonance.

    While this entire fiasco explicitly arose as a result of me unlawfully entering the Capitol building during a riot, it's much bigger than that to me; it's really not as simple as accepting the consequences of my actions, facing justice, and treating this experience as purely punitive; the monumental stress my involvement has caused me since day one and the behavioral corrections I've put in place in order to ensure that I never do anything remotely similar going forward have had a profound impact on the way that I interface with the world around me and the people in it. I wish that I was able to mature and figure these things out on my own, but it unfortunately took this event and its fallout to catalyze these changes - I can unequivocally say that the justice system has served its purpose pretty adeptly in this regard.

    I was not in DC out of malice, I was not there for any bizarre ulterior motive, nor to cause trouble, assault or berate innocent individuals, impede Congress' work, or destroy or vandalize anything. I say this not to minimize my actions because I know

they were unlawful, but instead to draw a distinction between myself and those in the crowd that evidently were there to wreak havoc. It's abundantly clear in hindsight that what happened was significantly more concerning than any normal protest and that there were individuals in the crowd that came there with the express purpose to engage in violence, physically prevent Congress from doing its job, or otherwise unlawfully impact the government's functioning, even though I was not privy to any of these schemes at the time. Nevertheless, I know that my actions were unbelievably irresponsible and I continue to be amazed that I had exercised such poor judgment when things started to get out of hand; I am certain that I would not have even shown up if I had known that the day was going to turn into what it did beforehand.

  Most of these January 6th defendants have used the argument that they were "caught up in the moment" or were engaged in "mob mentality," and while this was probably the case for a lot of these individuals, some defendants have undoubtedly appealed to this as a cop-out to avoid responsibility. I can say that while I, myself, was certainly "caught up in the moment" to an extent, I still had my wits about me enough to know not to participate in any violence, destruction, etc., and I therefore knew better than to enter a government building without receiving an explicit invitation and undergoing proper security screening, even if I wasn't really considering that at the time. It is glaringly obvious in hindsight that remaining peaceful while inside would not magically negate the illegality of entering to begin with and that it was an obvious security risk not only to those present in the building but to the nation as a whole to have thousands of unvetted people, many of whom were violent, in a space that often contains the entirety of the government's legislature, so I understand why even the lowest-level trespassers posed a serious risk that needed to be addressed, and I accept that that includes me, even though I would never intentionally do anything to harm or otherwise jeopardize the safety or security of another person, let alone the entire country.

  My actions did not happen in a vacuum: I had been cooped up in quarantine in the wake of the initial COVID outbreak in California (which was the first state to order a lockdown), watched 2020's summer protests and riots both in person and online, graduated from college, moved across the country to an area that I had zero connections to, and started my first-ever serious job all within six months prior to the events of January 6th occurring. I was excited to meet new people and start my life as a newly independent adult living near the nation's capital, and I wanted to participate in civic life, which, to me, includes going to DC to witness speeches and peacefully participate in rallies, protests, etc. It's very unfortunate that the genesis of my independent adult life coincided with such a hectic moment in history, an abnormally tumultuous election, its fallout, and an extremely poisoned national discourse, and I like to think that I would have made better choices if this weren't the case, but it is what it is.

      The things I've experienced as a result of this situation—losing three jobs, having people show up to my home to harass me, being forced to move two times, losing relationships that meant a lot to me, spending all of my income on defending myself, being stalked by people I've never even interacted with, being the subject of news stories, being in a constant state of fear and anxiety about what may or may not happen, and many more things that I'd prefer not be made public—have led me to understand on a deep, profound level that my actions were not warranted or justified, and that poor choices carry with them harsh consequences.

      All I can do is take responsibility for my actions, learn from this experience, and move on with my life, and I'm thankful for the opportunity to do so. While something like this is an extremely abnormal and divisive thing to have in one's background, I'm confident that my rehabilitative actions will speak for themselves going forward and that, at some point, people will come to see that I'm really not a malicious person, let alone irreconcilably so.

      I make no claims that I'm some kind of "political prisoner" or "martyr" for some abstract cause that I don't even care about; I have no desire to use my situation for monetary gain or to launch a political grifting operation, or to deflect blame onto other people, and I've tried very hard to move past this, despite facing repercussions and repeated setbacks over the past two years as a result of my actions.

      I thank the government and the Court for allowing me to quickly plead guilty to a charge that accurately represents my unlawful actions on January 6, 2021, look forward to diligently serving whatever sentence I receive without issue, and am eager to continue being a peaceful, productive, law-abiding member of society as I was before that day and have been since.

Thank you for your consideration.

Paul Lovley

*[signature]*