# EXHIBIT B

The Honorable Colleen Kollar-Kotelly

United States District Judge

United States District Court for the District of Columbia

333 Constitution Avenue, NW

Washington D.C. 20001

Dear Judge Kollar-Kotelly,

Thank you, your Honor, for taking the time to read our letter.  We, Jack & Anne Lovley, are the parents of Paul Lovley.  We are both college graduates and have been married for 32 years. We have 3 children and Paul is our 2nd child.  We hope to offer you a picture of our son that is not visible to those who do not know him personally.

We were both born and raised in Southern California, both graduated from college with business degrees, and both started working in our teens. I, Jack, have worked for decades in the toy, sporting goods and manufacturing industries as an inventor and business owner.  I, Anne, have worked in security and child safety for the local school district and a publicly held company for more than 25 years, and have also been involved in various forms of community service ever since I was young, and I continue to do so today. We committed to each other that we would instill the morals, values, and ethics of working hard, being honest and giving back to your community in our children when we decided to take that next big step.

On 10/29/98, we were blessed with a healthy baby that we named after Anne's father, Paul Ewald. We have been the proud parents of Paul Ewald Lovley ever since he was born.

Ever since Paul was young, he was kind to everyone he met, and he loved all kinds of animals.  He would befriend new children just starting at his school, and he loved to learn, build, and would spend hours looking at books.  Paul started going to school when he was 3 - we had a pre-preschool that he was able to attend nearby.  From that first experience of going to school, he was hooked.  He loved everything about learning, and his curiosity truly knows no bounds even to this day.  All his teachers loved having him in their classes, and every teacher conference we went to throughout his entire school life included expressions of how much each teacher enjoyed having him in their class.  He excelled at all forms of education from pre-preschool all the way through college. In grade school Paul was identified early-on as a GATE student.  His 1st grade teacher suggested that he be tested for the accelerated Gate Program and when he took the test, he passed with flying colors.  From 2nd grade on, he was in the GATE Program, a straight A student and on the honor roll every year.  While Paul was very studious, he also swam for the local swim team and had many friends that he played with. If you did an online search for Paul when he was young, the only thing you would find was that when he was 5 years old, he was one of only four kids selected to be part of Disneyland's 2004, 'Swimming with the Stars' where he swam in a make-shift pool on Main Street, Disneyland with the Olympic Gold Medal winners.  This will always be a cherished memory for us, Disneyland, the Olympians, and for the 4 kids that were chosen to be a part of this special time.  It is something he is proud of yet does not speak of much - one of his most obvious personality traits is that he is not a braggart, rather he prefers to stay out of the limelight and values his privacy and the privacy of others.

In 6th grade he raised and cared for a rabbit (a surprisingly difficult pet that takes a lot of effort to keep clean and healthy) entirely on his own despite being allergic to him - we believe that this experience had a profound impact on him and his personality, in that it taught him how to take responsibility for the

wellbeing of other creatures and contributed greatly to his gentle and caring nature as an adult. He developed such a sincere love of rabbits that he volunteered as a cage cleaner and feeder at a rabbit rescue facility every weekend while living in Maryland, and he's been trying to find similar centers in the places that he's moved to since leaving. He cares so much for others' feelings that he even volunteered to go with me (Jack) when we had to euthanize one of our older dogs when he was only twelve, to not only comfort the dog, but me as well. He was unfortunately not able to travel to California when we suddenly had to put our oldest dog, one which he had an extremely close bond with, to sleep near the end of 2022 due to his travel restrictions.

After he graduated from elementary school, although he was incredibly young, he seemed to already have an idea of what he wanted to do with his life.  We discussed the importance of staying focused during Junior High and to consider all the options that would open to him once he graduated from college.  We discussed that Junior High was a turning point for most young kids and that we had the confidence in him to make the right choices and know the difference between right and wrong.  Paul decided he wanted to try lacrosse during his middle school years and continue to swim for the local swim team during the summer. During his Junior High years, he truly learned how to time-manage his life.  He knew what he wanted, and he stayed focused on his goals.  When he graduated from Junior High, once again he received several awards and made the honor roll both years. Once again, we revisited the discussion of his future. He had thought about it and decided he wanted to do something with computers and cyber security.  At that point, he made his decision on what he wanted to do and what he wanted to devote his life to, and we supported that decision 100%. He also made the decision to completely abstain from alcohol or drug use (even caffeine, nicotine, and marijuana, which is legal here) around this time, and he continues this practice despite the immense amount of stress he's been under to this day.

Just before starting high school, he had an opportunity to take a special test to be accepted into a program called the Early College Program (ECP).  His High School was 1 of 2 schools in Orange County, CA that had this special program.  It allowed students that were accepted into this program to earn their Associate of Arts degree before they earned their high school diploma.  Professors taught college classes at the high school to freshmen and sophomores, while the junior and senior students were required to travel off-campus, by their own means, for early morning classes, and then drive them back to high school to take their required high school classes.  His cohort started with 40 students, but only 20 completed this rigorous schedule and the more difficult college classes.  Not only did Paul succeed in getting his Associate's degree, but he also graduated cum laude. Watching him receive a college diploma at only 18 years old is one of our proudest accomplishments as parents. In addition, about a month later, he graduated from high school with honors and the highest award of the California Scholarship Foundation. He had truly become a self-reliant, responsible student.

Paul had always enjoyed computers since he was young and was excited to be accepted to pursue a BS Degree in Information Systems, Technology & Cyber Security in college. He successfully graduated cum laude and completed his four-year degree in only three years. He went on to accept a position near Baltimore that he had wanted and worked toward for the better part of a decade immediately after graduating, and felt that his years of responsibility and hard work were beginning to pay off.

Then January 6th happened, and his life was turned upside down almost overnight. What he did that day was not only illegal, but it was also morally wrong, and he knows it.  He is aware of the seriousness of the situation and the frustrations felt by millions of Americans as they watched the Capitol get overrun by people that had no right being there. Because of his poor judgment he has suffered the loss of 3 different jobs (the first of which he worked incredibly hard for many years to land), a nearly two-year long relationship, and has experienced such high levels of stress for such a long period that we're amazed that he continues to push forward - it's taken a very noticeable toll on him both emotionally and physically.

Paul had called us and explained that he was going to DC to listen to the President speak, and we were both excited that he would have the opportunity to witness something like that firsthand since neither of us had ever been able to watch a President give a speech in-person before.  Little did any of us know what was going to end up happening, and we were shocked to find out that he was anywhere near the rioting that broke out, given his tendency to avoid hectic situations.  We are extremely saddened by what occurred and everything that has transpired because of the poor choices that many people made that day, including our son.

Paul has pleaded guilty to Parading, Demonstrating, or Picketing in a Capitol Building, in violation of 40 U.S.C. § 5104(e)(2)(G) for his actions on January 6th, 2021. This offense is entirely out of character for him.  Paul has never been involved with the criminal justice system in his life, not even for something as simple as a speeding ticket.   This event has been an eye-opener for our entire family.  Paul accepts responsibility for his actions and has regretted it ever since.  Obviously, in hindsight, had he known that things were going to get that crazy, he never would have even been there to begin with.  We have had several conversations about what happened and he ultimately just wants to accept responsibility, make changes to ensure that nothing like this ever happens again, get past the sentence that is coming and just focus on working and providing for himself. He has told us on several occasions he will never attend any kind of rally or large gathering ever again, and that the mere thought of being somewhere that could erupt into something like what happened in DC makes him extremely uncomfortable. He has no interest in getting involved in any form of large crowd events, even ones as joyous as concerts or peaceful as town parades.

Our son is just 24 as of last October (and was just 22 when everything happened), and he has had to endure so much loss at such a young age because of a few poor choices that he wishes he could take back. Our hearts break for him every day and yet we believe in God and believe that there must be a reason why the true victims of that day (those that were attacked and threatened) were treated the way they were, and also why those that, like Paul, who were only there to peacefully watch the President but have since had their lives turned completely upside down because of a lapse of judgment during an unforeseen riot breaking out, have had to experience such difficult and complex consequences. We believe that those that took part in the atrocious acts on that day need to be punished justly, and that even those like Paul that remained peaceful need to be held accountable for contributing to the chaos. This entire experience has been an extremely hard lesson for Paul, and he tries very hard to find a silver lining, even if he often fails to do so.  Because of this experience he has become a much humbler, more pensive man that tends to keep to himself. He has spent many sleepless nights and countless hours of deep, emotional reflection on this situation. It still upsets him when he recalls and relives what happened and its fallout, but he knows that he has the support of his family and friends to help him through the hard moments.

Paul has been a productive member of society since he was a child.  He did community service with his swim team, YMCA, all his schools and special community events. He was an Altar server at our local Catholic church for two years when he was in grade school, and continues to attend Mass every weekend. He has always been willing to lend a hand when needed and he sincerely enjoys the satisfaction he gets from working hard, earning a living, and providing for himself. While he has many acquaintances, Paul has always preferred quality over quantity in his relationships and seeks to have deep connections with those that he befriends, and this is reflected in the lifelong friendships that he's maintained since he was as young as five. Paul is also a phenomenal listener and loves to hear about other peoples' problems, and he's always been someone that I (Anne) feel comfortable going to for a non-judgemental ear.

Additionally, Paul has been a hard worker all his life, and has been working part-time jobs since he was only 15 years old.  He was raised with good morals and ethics and his desires are simple: he has always been goal-oriented, wants to live comfortably, have a good job, get married, have kids and be content and happy in his life. Since this happened, he has lost the job he worked so hard to get, but has still managed to find two other positions. Unfortunately, both let him go because of being branded with the 'J6' scarlet

letter.  One of the companies even knew of his participation in J6 before they hired him, but once a couple of employees complained about it they nevertheless let him go, even though he was repeatedly told that he was doing a great job.  But, somehow, Paul has not given up.  Thus far, his current employer and its employees have not had that same attitude towards him, and he is hopeful that his sentence will not negatively affect his ability to keep this fourth job.

We love our son with all our heart and we are so sad that something we thought would have been amazing to be a part of turned into such a nightmare that culminated in the biggest mistake of his life. Though he has not been in prison physically, he's felt like he has been in prison emotionally and mentally since long before even being charged criminally. At the young age of only 22, his making a horribly irresponsible decision has caused him to suffer immensely, physically, emotionally, and financially.

As his parents, we will always support him, and have made it clear that a price must be paid when we make bad decisions, especially bad decisions that have an effect on our entire country. We have made it a point to teach our children to admit when they are wrong, take responsibility for their actions, and make corrections to ensure that they do not repeat their mistakes. We truly feel that he has succeeded in doing that, and that he will go back to being an upstanding citizen once he has served his sentence and can finally put all of this behind him.

Your Honor, we hope that our description of our son has allowed you to see a glimpse of who Paul truly is, and that his minor participation in the events of January 6th was as anomalous as it gets. Your decision will shape his life and while we know that he must face a just sentence, we honestly believe that the punishments he's faced thus far are more than sufficient to deter him from ever doing anything remotely similar to this again, and would deter anyone with a brain from wanting to replicate it. We know that he will serve whatever sentence you decide is warranted with no problems, and that he will be one of the least problematic people to ever be on federal probation if that comes as a part of it.

We cannot emphasize enough that Paul is a good man with a good heart. He has an inner strength that is very impressive to us, and he continues to hold on to his Faith, pulling his strength from his very core. We are amazed that he has continued to push forward as well as he has despite the difficulties that he has faced as a result of his unlawful actions at the Capitol, even though some of them are warranted. Despite this situation he's gotten himself in, we still believe that Paul has developed into a fine young man, and we could not be prouder of him.  He is a kind, gentle, loving, honest, and trustworthy young man that loves his God, loves his country, loves his family and friends, and will recover from this and go on to be a law-abiding, productive member of society that contributes to his community and works hard to provide for himself, as that is how we raised him, his sister, and his brother to be.

Thank you for your time and consideration,
Respectfully,

Jack Lovley_____

Anne Lovley_____