# EXHIBIT C

May 18, 2023

**The Honourable Colleen Kollar-Kotelly**
**United States District Judge**
**United States District Court for the District of Columbia**
**333 Constitution Avenue, NW**
**Washington D.C. 20001**


Dear Judge Kollar-Kotelly,

I am writing to you on behalf of Paul Lovley, a person that I have had the absolute utmost privilege to call a friend for over a decade now.  I first met Paul in middle school and we've been close ever since. He's been there with me through thick and thin, even at my absolute lowest. He's been a constant in my life that has always provided good influence and one that I am greatly indebted to.

Paul embodies diligence, integrity, and accountability. It was a shock to say the least to hear about him getting involved in this incident. Back in high school, Paul not only fulfilled the standard graduation requirements but also completed community college courses to get a massive head start in his educational and professional career. Never have I once seen Paul partake in any drugs or even drink a sip of alcohol. He has an impeccable commitment to following the rules, to which I find frustrating at times. When Paul and I took a trip across the country, I remember him never wanting to go past the speed limit, even though I had insisted at times I felt it was safe to do so. Considering the seriousness of the matter at hand, it would be almost comical to suggest that his involvement in the events at the capital that day accurately reflects his true character.

In the last few years, I've seen his professional and social life suffer; the worst of all was seeing his mental state suffer because of what's happened. I can say with certainty that this ordeal has deeply affected him. I am confident that he will continue to undertake an enduring path of self improvement and introspection, acknowledging this incident as his most significant regret and personal failure. I also know he has learned from all of this, as have all of us around him. Paul's future holds immense promise, and I am certain that many people, myself included, will rely on him with unwavering trust and confidence.

I hope you take this into consideration and thank you for your time.

Sincerely,

Austin W. Fischer