# EXHIBIT D

The Honorable Colleen Kollar-Kotelly
United States District Judge
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington D.C. 20001

Dear Judge Kollar-Kotelly,

  I've been a good friend of Mr. Lovley since the early grades of primary school. Having the privilege of growing up with him has been a blessing as he's always been a fun person to be around and is a friend I can always rely on. In recent years, I lived under the same roof as him for a while, and look back fondly at the things we did together. He's truly one of the last people in my friend group I'd ever expect to run into trouble with the law.

  Despite this, Mr. Lovley himself told me a while ago that he was charged for "Parading in the Capitol building", which was quite the shocker for me knowing how he usually acts. I truly believe that this was an act of "mob mentality" on his part in which he got roped into more than he was asking for. I remember that shortly after the transgression occurred, he was in a very depressed mood, clearly mourning over the actions he could never undo. To this day, he still occasionally talks about how he regrets doing such a stupid thing, and would go back in time to change what he did in a heartbeat.

  Further results of Mr. Lovley's actions lost him his dream job. This was a position he had been working towards since highschool, taking extra curricular classes to ensure his position. Because of one small slip up, his dream was ripped away from him without any opportunity of ever getting it back in the future. Not only did he lose the job he loved, but this has also put a blemish on his reputation, making seeking any jobs in the future an uphill battle. He's even mentioned wanting to go as far as changing his name, just to get away from having any relation to what he did. I feel like the loss of his job and permanent inhibition to his ability to get a job that might be even somewhat comparable to what he had previously is more than enough punishment for his misguided decision at the capitol.

  In conclusion, Mr. Lovley is a very good friend of mine and I would hate to see anything that could permanently alter his life, more than it already has, happen to him because of one rash and misbegotten decision he made.

Sincerely, Remington Rahn