# EXHIBIT E

The Honorable Colleen Kollar-Kotelly
United States District Judge
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington D.C. 20001

Dear Judge Kollar-Kotelly,

Thank you, your Honor, for taking time to read my letter.  My name is Terri Gusiff, I was the principal at Mr. Lovley's high school for the four years he attended (2013 -2017). I have a degree in psychology and a master's degree in education. I was a high school principal for 10 years and worked in the field of education for 20 years. I have been married for 39 years and am a mother of four adult children and grandmother of three granddaughters.  I recently retired last year.

While someone's conduct in high school often does not reflect their conduct as an adult and would usually not be relevant to a criminal proceeding, I've witnessed Paul's exemplary behavior translate well from youth to adulthood, and given his age at the time of the offense, I think my perspective may be insightful. I was shocked to hear about Mr. Lovley's case as he was always a model student. It is for this reason I am writing this letter for Mr. Lovley regarding this matter. I understand the seriousness of this matter, however, I believe this offense is completely out of character for Mr. Lovley. As Mr. Lovley's principal, I had the honor of observing first-hand his moral character. In all four years of high school, Mr. Lovley never had one disciplinary infraction. He always demonstrated exemplary behavior and showed respect toward authority. He was a very responsible, mature, quiet, humble, kind, conscientious, hardworking, and goal-oriented student.  I was impressed with Paul's unwavering commitment to excel academically.

He participated in our Early College Program (ECP) and earned his associate degree while attending high school. This was an outstanding accomplishment when you consider that he made insurmountable sacrifices by taking the personal initiative to stretch himself everyday by taking honors level classes and college courses which required him to stay up late to study or work on projects and wake up early to attend early morning college courses sometimes beginning at 6:00 am in the morning. As a high school student, he successfully navigated the high school and college experience concurrently and learned how to overcome challenges and the importance of doing his best everyday in our most

rigorous courses. As a result, he not only matured into an outstanding young man, but also attained the highest level of academic performance which I believe is a direct reflection of his dedication, hard work, determination and commitment to succeed.  Despite his heavy academic load, he understood the importance of volunteering his time to help with school and community events. He helped with our registration days, back-to-school nights, open house, and canned food drives. He proved to be an exceptional asset to our school community and I was so proud of his achievements.

Unfortunately, Mr. Lovley as a young adult made this bad decision that resulted in this case. I am not surprised that he is taking full responsibility for his actions. In all of my interactions with Mr. Lovley he was always respectful, responsible, and kind. I believe Mr. Lovley has learned a great deal as a result of this poor choice and moving forward he will emerge a better person and a valuable member of society.

Sincerely,


Terri Gusiff