# EXHIBIT F



May 8, 2023

The Honorable Colleen Kollar-Kotelly
United States District Judge
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington D.C. 20001

Dear Judge Kollar-Kotelly,

My name is Patrick Hennessy, and I am a Director for Harkins Builders based in Columbia, MD. I currently hold a Bachelor of Science in Construction Engineering from Virginia Tech and a Master of Science in Business Analytics from UVA Darden School of Business. I have been working in the construction industry for a combination of consulting firms and contracting firms since my graduation from Virginia Tech in 2014, and I received my master's degree while working full time from 2020-2021. I was the supervisor of Paul Lovley for approximately 9 months from January 2022 to September 2022 during the time that he worked at Harkins. I understand that Paul has been convicted of Parading, Demonstrating, or Picketing in a Capitol Building, in violation of 40 U.S.C. § 5104(e)(2)(G), and is currently awaiting sentencing. I would like to share a few words about my experience with Paul during his time with me at Harkins.

During the time that I worked closely with Paul in 2022, I always found Paul to be a very quiet and humble individual who performed his work on time and with exceptional quality. I remember being immediately impressed with his ability to quickly learn our business and to apply his skillset to our business in a meaningful manner. Paul possessed a skillset that was unique to our company and is particularly unique in the construction industry, as he is a skilled computer programmer and IT professional. Generally, the construction industry has been a lagging industry in the adoption and utilization of modern technology, so having someone on board with this skillset was very welcome. Paul showed up to work on time, was never a cause of concern or problems, and commonly stayed late or worked over weekends to ensure the work he was doing for others was completed in time for whatever was needed. By September of 2022, only 9 months into his career with Harkins, Paul had become an extremely valuable asset to our business as we found ways to elevate our work with the skillset that he brought to the table. He was an A+ caliber employee and I know that any organization would be lucky to have him on their team. I believe that if given the chance, Paul has a prosperous career to look forward to ahead of him.

As we were informed of the charges that were brought against Paul in September of 2022, we made the decision that we had to let Paul go. As someone who had become a close colleague of Paul's during the 9 months that he was at Harkins, I could see how this experience impacted his life as the charges were brought forward and as he lost his job. It was difficult to watch someone who had been a top performer and an even better person within our organization for so many months have his life completely upended. Paul wrote a letter to me and our CEO expressing his remorse for his actions and how he was incredibly sorry for the people that his actions had hurt both in our organization as they became public, and on the day the act was committed and the ensuing fall out. It was clear when reading this letter that he was deeply impacted by the events that had transpired, and that his





goal was to get back to living a quiet and modest life to provide for himself and his family. He even expressed that he had donated to a fund for the victims of the events that took place on January 6, 2021, and continues to pray for them when he attends Sunday service.

I have kept in touch with Paul following his departure from my organization almost 8 months ago. I felt compelled to help a young man who made a mistake stay on his feet and to get back to the person I had come to know over the course of those 9 months that I worked with him. To find another job, Paul had to leave Maryland for an opportunity in another state, and I assisted him with the moving process. We talk occasionally about the new work he is currently doing and how it is similar to what he was working on at Harkins. I believe Paul is a young man who made a horrible mistake and deserves a second chance. I wholeheartedly believe in his ability to learn from this mistake, to grow as an individual, and to put this experience behind him and move forward as a productive member of society for the remainder of his life.

Thank you for taking the time to read a few words about my experience with Paul and taking them into consideration during the sentencing process.

Sincerely,



Patrick M. Hennessy II
Director